# Attachment "A"

*Defendant's Notice of Removal*

**Kimberly M. Toussaint v H & E Equipment Services, Inc.**
*Lower Court Case No.:  2021-CA-000633*

## FORM 1.997.   CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.   CASE STYLE

IN THE CIRCUIT COURT OF THE <u>SECOND</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>LEON</u>   COUNTY, FLORIDA

<u>Kimberly M Toussaint</u>
Plaintiff

Case # <u>2021 CA 000633</u>
Judge _____

vs.
<u>H & E Equipment Services, Inc.</u>
Defendant

### II.   AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

### III.   TYPE OF CASE
(If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 2 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☒ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.   REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.   NUMBER OF CAUSES OF ACTION:** [  ]
(Specify)

  1

**VI.   IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII.   HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.   IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ William Haselden          Fla. Bar # 72011
          Attorney or party          (Bar # if attorney)

William Haselden          04/05/2021
(type or print name)          Date

# IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
# IN AND FOR LEON COUNTY, FLORIDA

KIMBERLY M. TOUSSAINT,

    Plaintiff

v.                                              CASE NO.:   2021 CA 000633

H&E EQUIPMENT SERVICES, INC.

    Defendant.
_____/

## SUMMONS

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint in this action on Defendant, **H&E EQUIPMENT SERVICES, INC.**

ADDRESS:    CT Corporation System
                       1200 South Pine Island Road
                       Plantation, FL  33324

## IMPORTANT

      The Defendant is required to serve written defenses to the complaint on Will Haselden, Esq., Plaintiff's attorney, whose address is William M. Haselden, P.A., 115 N. Calhoun Street, Tallahassee, Florida 32301, within 20 days after service of this summons, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorneys or immediately thereafter. If the Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the complaint.

STATE OF FLORIDA
COUNTY OF LEON

      TO EACH SHERIFF/AND OR PROCESS SERVER OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint for Damages & Demand for Jury Trial filed in this lawsuit on the above-named Defendant.

      DATED this _____ day of April, 2021.

Honorable Gwen Marshall
As Clerk of the Court

By: _____   04/05/2021
      As Deputy Clerk

# IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
# IN AND FOR LEON COUNTY, FLORIDA

KIMBERLY M. TOUSSAINT,

    Plaintiff

v.                                                     CASE NO.:

H&E EQUIPMENT SERVICES, INC.

    Defendant.

_____/

## COMPLAINT FOR DAMAGES & DEMAND FOR JURY TRIAL

Plaintiff, KIMBERLY M. TOUSSAINT, by and through her undersigned counsel, hereby sues Defendant, H&E EQUIPMENT SERVICES, INC. and, in support of her claim, states:

## GENERAL ALLEGATIONS

1.    This is an action for damages in excess of the jurisdictional limits of this Court.

2.    The events leading to Plaintiff, KIMBERLY M. TOUSSAINT's, cause of action accrued in Leon County, Florida; therefore, venue is proper in this Court.

3.    Plaintiff, KIMBERLY M. TOUSSAINT, was at all times material hereto, a resident of Leon County, Florida.

4. Defendant, H&E EQUIPMENT SERVICES, INC. (H&E), was at all times material hereto, a company domiciled in the state of Louisiana and operating locally out of a location in Midway, Leon County, Florida.

## GENERAL ALLEGATIONS

5. On May 22, 2019, Plaintiff, KIMBERLY M. TOUSSAINT, was the driver of a vehicle stopped in a line of traffic on Capital Circle NE, in Tallahassee, Florida, when her vehicle was struck from behind by Defendant, H&E's, 2018 Dodge Ram 1500 truck, negligently driven by its employee during the course and scope of his employment. The vehicle in which Plaintiff was a passenger was badly damaged and Ms. TOUSSAINT sustained permanent and severe injuries.

6. As a direct and proximate result of the negligent conduct of Defendant, H&E's employee, Plaintiff, KIMBERLY M. TOUSSAINT suffered permanent bodily injuries resulting in pain and suffering, mental anguish, disability, loss of capacity for the enjoyment of life, aggravation of pre-existing injuries, if any, disfigurement, and the expense of medical treatment and care. All of these losses are either permanent or continuing in nature.

## VICARIOUS LIABILITY & NEGLIGENCE OF DEFENDANT

7. Plaintiff, KIMBERLY M. TOUSSAINT, realleges and reaffirms Paragraphs 1-6, as if set forth herein.

8.  Defendant, H&E, through the operator of its vehicle that struck Plaintiff, had a vicarious duty to obey applicable traffic regulations requiring its driver to maintain a safe distance from the automobile that Plaintiff, KIMBERLY M. TOUSSAINT, was driving and to avoid carelessly striking that vehicle.

9.  Defendant, H&E, breached its duty(s) of care when its truck driver failed to maintain a safe distance from Plaintiff's vehicle, on Capital Circle NE in Tallahassee, Florida, and carelessly struck Plaintiff's vehicle with its own vehicle.

10.  Defendant, H&E EQUIPMENT SERVICES, INC.'s breach of its duty of care, as described herein, was the proximate cause of the injuries suffered by Plaintiff, KIMBERLY M. TOUSSAINT.

**WHEREFORE**, Plaintiff, KIMBERLY M. TOUSSAINT, demands judgment for all damages against Defendant, H&E EQUIPMENT SERVICES, INC., as well as all taxable costs of litigation, and such other relief as may be deemed just and proper.

**Plaintiff demands a trial by jury on all issues so triable.**

Respectfully submitted this _____ day of April, 2021.

WILLIAM M. HASELDEN, P.A.

*/s/ Will Haselden*
Fla. Bar No. 0072011

        115 N. Calhoun Street
        Tallahassee, FL 32301
        (850) 567-0020
        (850) 807-2586(Fax)
        email: *will@haseldenlaw.net*
        Attorney for Plaintiff

        */s/ Gregory Noonan*
        GREGORY M. NOONAN
        Fla. Bar No. 0056603
        THE CORRY LAW FIRM, P.A.
        Post Office Box 527
        Tallahassee, FL 32302
        (850) 222-3730
        (850) 224-6422 fax
        gmn@corrylaw.com
        koj@corrylaw.com
        *Co-counsel for Plaintiff*

# IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY, FLORIDA

KIMBERLY M. TOUSSAINT,

    Plaintiff

v.                                         CASE NO.: 2021-CA-000633

H&E EQUIPMENT SERVICES, INC.

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SERVICE OF FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION TO DEFENDANT

TO:    **H&E Equipment Services, Inc.**
        c/o Christopher D. Hastings, Esq.
        William E. Grubbs, Esq.
        Quintairos, Prieto, Wood & Boyer, P.A.
        *christopher.hastings@qpwblaw.com*
        *wgrubbs@qpwblaw.com*
        linda.munroe@qpwblaw.com
        227 N. Bronough Street, Suite 7400
        Tallahassee, FL  32301

    *I HEREBY CERTIFY* that an original copy of Plaintiff, **KIMBERLY M. TOUSSAINT's**, First Set of Interrogatories and First Request for Production, and a copy of this notice have been furnished via the Florida e-filing portal and/or email transmission to the above-named addressee, on this 7th day of May, 2021.

                                                  Respectfully Submitted,

                                                  **WILLIAM M. HASELDEN, P.A.**

                                                  */s/ Will Haselden*_____
                                                  Fla. Bar No. 0072011
                                                  115 N. Calhoun Street
                                                  Tallahassee, FL 32301
                                                  (850) 567-0020

        (850) 807-2586(Fax)
        email: *will@haseldenlaw.net*
        Co-counsel for Plaintiff

        */s/ Gregory Noonan*
        GREGORY M. NOONAN
        Fla. Bar No. 0056603
        THE CORRY LAW FIRM, P.A.
        Post Office Box 527
        Tallahassee, FL 32302
        (850) 222-3730
        (850) 224-6422 fax
        gmn@corrylaw.com
        koj@corrylaw.com
        *Co-counsel for Plaintiff*

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, FLORIDA

KIMBERLY M. TOUSSAINT

    Plaintiff,

vs.

                                                               CASE NO.: 2021-CA-000633

H & E EQUIPMENT SERVICES, INC.

    Defendant,
_____/

## NOTICE OF APPEARANCE OF COUNSEL AND COMPLIANCE WITH FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.516

**PLEASE TAKE NOTICE** that WILLIAM E. GRUBBS, ESQ. AND CHRISTOPHER D. HASTINGS, ESQ., of the law firm of Quintairos, Prieto, Wood & Boyer, P.A., hereby enters their appearance as counsel for the Defendant, **H & E EQUIPMENT SERVICES, INC.** Please direct all pleadings, correspondence, notices, etc., to the attention of the undersigned at the address below.

Defendant files this Notice of Compliance with Florida Rule of Judicial Administration 2.516 and designates the following e-mail addresses to be used for mandatory electronic service:

    William E. Grubbs

    Primary:     wgrubbs@qpwblaw.com
    Secondary:  linda.munroe@qpwblaw.com

    Christopher D. Hastings

    Primary:     Christopher.Hastings@qpwblaw.com
    Secondary:  linda.munroe@qpwblaw.com

RESPECTFULLY SUBMITTED on this 14th day of April, 2021.

**QUINTAIROS, PRIETO, WOOD & BOYER, P. A.**

/s/*Christopher D. Hastings*
**WILLIAM E. GRUBBS (FBN: 0076907)**
**CHRISTOPHER D. HASTINGS (FBN: 0120104)**
227 N. Bronough Street, Suite 7400
Tallahassee, Florida 32301
Telephone: 850-412-1042
Facsimile: 850-412-1043
E-mail: wgrubbs@qpwblaw.com
E-mail:christopher.hastings@qpwblaw.com
E-mail:linda.munroe@qpwblaw.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been served through the Florida Courts E-Filing Portal, electronic mail, and/or U.S. Mail, on this 14th day of April, 2021, to all counsel of record.

William M. Haselden, Esq. (FBN:0072011)
WILLIAM M. HASELDEN, PA
115 N. Calhoun Street
Tallahassee, FL 32301
(850) 567-0020
(850) 807-2586
*will@haseldenlaw.net*
*Counsel for Plaintiff*

Gregory M. Noonan (FBN: 0056603)
THE CORRY LAW FIRM, PA
Post Office Box 527 (32302)
541 Beverly Court
Tallahassee, FL 32301
(850) 222-3730
(850) 224-6422
gmn@corrylaw.com
koj@corrylaw.com
*Co-Counsel for Plaintiff*

/s/*Christopher D. Hastings*
ATTORNEY

2

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, FLORIDA

KIMBERLY M. TOUSSAINT

  Plaintiff,

vs.

               CASE NO.: 2021-CA-000633

H & E EQUIPMENT SERVICES, INC.

  Defendant,
_____/

## ANSWER & AFFIRMATIVE DEFENSES

Defendant, H & E EQUIPMENT SERVICES, INC., ("H & E"), hereby answers the allegations of the Complaint and alleges its affirmative defenses as follows:

1. Admitted.
2. Admitted.
3. Without knowledge.
4. Admitted.
5. The last sentence of paragraph 5 is denied. The remaining allegations are admitted.
6. Denied.
7. H & E incorporates its responses to paragraphs 1 through 6.
8. Admitted as to the duty to avoid carelessly striking the vehicle; otherwise denied.
9. Admitted to striking Plaintiff's vehicle; otherwise without knowledge.
10. Breach of duty of care admitted; otherwise denied.

## GENERAL DENIAL

H&E denies every allegation not specifically herein admitted.

## DEMAND FOR JURY TRIAL

H&E demands a jury trial on all issues triable as of right.

## **AFFIRMATIVE DEFENSES**

H&E alleges the following defenses and reserves the right to plead additional defenses as may be revealed during the course of discovery. These allegations are raised strictly as defenses, and are not to be considered admissions of H&E regarding any factual, legal, or other matter. Some of these affirmative defenses are raised in the alternative to each other.

1. To the extent that Plaintiff failed to mitigate his damages, Plaintiff should be precluded from recovering damages against Defendants.

2. H&E's actions were not the proximate cause of the damages to Plaintiff. Plaintiff's injury was caused by superseding causes, including, but not limited to, the dark-colored SUV behind Plaintiff changing lanes unexpectedly without using blinkers.

3. H&E alleges that, if it be found at fault, and if that fault be determined to be the legal cause of Plaintiff's damages, if any, then Defendants cannot be held liable to the Plaintiff for any more than their percentage of fault pursuant to § 768.81(3), *Florida Statutes*, and *Fabre v. Marin*, 623. So. 2d 1182 (Fla. 1993). Specific *Fabre* defendants at this time include the driver of the dark-colored SUV behind Plaintiff. The SUV changed lanes unexpectedly, without using the blinker, while traffic was stopping. H&E reserves the right to allege additional *Fabre* defendants during and at the conclusion of discovery.

4. H&E is entitled to set-offs for any and all funds received from any and all collateral sources, including PIP benefits.

RESPECTFULLY SUBMITTED on this 3rd day of May, 2021

**QUINTAIROS, PRIETO, WOOD & BOYER, P. A.**

/s/*Christopher D. Hastings*
**WILLIAM E. GRUBBS (FBN: 0076907)**
**CHRISTOPHER D. HASTINGS (FBN: 0120104)**

2

>227 N. Bronough Street, Suite 7400
>Tallahassee, Florida 32301
>Telephone: 850-412-1042
>Facsimile: 850-412-1043
>E-mail: wgrubbs@qpwblaw.com
>E-mail:christopher.hastings@qpwblaw.com
>E-mail:linda.munroe@qpwblaw.com
>*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been served through the Florida Courts E-Filing Portal, electronic mail, and/or U.S. Mail, on this 3rd day of May, 2021, to all counsel of record.

William M. Haselden, Esq. (FBN:0072011)
WILLIAM M. HASELDEN, PA
115 N. Calhoun Street
Tallahassee, FL 32301
(850) 567-0020
(850) 807-2586
*will@haseldenlaw.net*
*Counsel for Plaintiff*

Gregory M. Noonan (FBN: 0056603)
THE CORRY LAW FIRM, PA
Post Office Box 527 (32302)
541 Beverly Court
Tallahassee, FL 32301
(850) 222-3730
(850) 224-6422
*gmn@corrylaw.com*
*koj@corrylaw.com*
*Co-Counsel for Plaintiff*

>/s/*Christopher D. Hastings*
>ATTORNEY

3